IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GREGORY SPIKES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 5:08-CV-131(HL) |
| JONATHAN BUTTS and LT. LOCKETT, | : |
| Defendants. | : |

## ORDER

Before the Court is Defendant Lt. Lockett's Request to File Original Depositions (Doc. 35). The requested depositions are to be used in conjunction with Lt. Lockett's pending Motion for Summary Judgment (Doc. 32). The request is construed as a motion on the case's civil docket sheet. The Court therefore treats Lt. Lockett's request as a motion. The motion is granted in part and denied in part.

In the motion, Lt. Lockett aks that Plaintiff, Gregory Spikes, file the original deposition transcripts of Lt. Lockett and Jonathan Butts and any accompanying exhibits. He also requests that Defendant Jonathan Butts file the original deposition of Gregory Spikes and any accompanying exhibits.

On November 4, 2009, Defendant Jonathan Butts filed the original deposition transcript of Gregory Spikes (Doc. 39). Accordingly, the Court denies as moot Lt. Lockett's request for Jonathan Butts to file original deposition transcripts of Gregory Spikes.

Plaintiff Gregory Spikes, however, has not filed the original transcripts of the depositions of Defendants Lt. Lockett and Jonathan Butts. The deposition transcripts are relevant to the pending Motion for Summary Judgment. Therefore, the Court orders that Plaintiff Gregory Spikes file the original deposition transcripts of Defendants Lt. Lockett and Jonathan Butts with the Court by December 21, 2009.

Accordingly, the motion is denied in part and granted in part.

**SO ORDERED**, this the 7th day of December, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, Senior Judge**

lmc